# United States District Court
**WESTERN DISTRICT OF TENNESSEE**
Eastern Division

### JUDGMENT IN A CIVIL CASE

LISA PENCE

Plaintiff(s),

CASE NUMBER: 1:13-cv-1199-JDB/egb

v.

TMNO HEALTHCARE, LLC d/b/a
AVALON HOSPICE and CURO
HEALTH SERVICES, INC.,

Defendant(s).

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered on 10/10/2013, this case is hereby dismissed without prejudice.  It is further **ORDERED** that if Plaintiff subsequently chooses to re-file this suit against Defendants, the filing must be made in this Court.

**APPROVED:**

                                                      <u>s/J. Daniel Breen</u>
                                                      Chief United States District Judge

**THOMAS M. GOULD
CLERK**

**BY: s/ Evelyn Cheairs
DEPUTY CLERK**